

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/30/2017 10:03 AM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:17-bk-01432-JAF | 11 | 04/21/2017 |

Chapter 11

**DEBTOR:** Carl Cline

**DEBTOR ATTY:** Jerrett McConnell

**TRUSTEE:** NA

**HEARING:**

1. Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 5648 BRYNER DR, JACKSONVILLE, FL 32244. Filed by Scott R Weiss on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), a corporation organized under the laws of the United States of America (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D) (Weiss, Scott) Doc #46
-Response to Seterus, Inc.'s Motion for Relief from the Automatic Stay Filed by Jerrett M. McConnell on behalf of Debtor Carl W. Cline (related document(s)[46]). (McConnell, Jerrett) Doc #62
2. Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 5862 LISKA DR, JACKSONVILLE, FL 32244. Filed by Scott R Weiss on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), a corporation organized under the laws of the United States of America (Attachments: # [1] Exhibit A- Loan Docs # [2] Exhibit B- Loan Mod # [3] Exhibit C-Aff # [4] Exhibit D-Value) (Weiss, Scott) Modified on 5/15/2017 (Hodges, Nancy). Doc #52
-Response to Seterus, Inc.'s Motion for Relief from the Automatic Stay Filed by Jerrett M. McConnell on behalf of Debtor Carl W. Cline (related document(s)[52]). (McConnell, Jerrett) Doc #63{}

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 5648 BRYNER DR, JACKSONVILLE, FL 32244. Filed by Scott R Weiss on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), a corporation organized under the laws of the United States of America (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D) (Weiss, Scott) Doc #46

DENY R/S GRANT A/P ORD/BERNARD

-Response to Seterus, Inc.'s Motion for Relief from the Automatic Stay Filed by Jerrett M. McConnell on behalf of Debtor Carl W. Cline (related document(s)[46]). (McConnell, Jerrett) Doc #62

2. Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 5862 LISKA DR, JACKSONVILLE, FL 32244. Filed by Scott R Weiss on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), a corporation organized under the laws of the United States of America (Attachments: # [1] Exhibit A- Loan Docs # [2] Exhibit B- Loan Mod # [3] Exhibit C-Aff # [4] Exhibit D- Value) (Weiss, Scott) Modified on 5/15/2017 (Hodges, Nancy). Doc #52

  DENY R/S GRANT A/P ORD/BERNARD

-Response to Seterus, Inc.'s Motion for Relief from the Automatic Stay Filed by Jerrett M. McConnell on behalf of Debtor Carl W. Cline (related document(s)[52]). (McConnell, Jerrett) Doc #63{}
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.